UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CARL T. HARRIS, JR.,

    Plaintiff,                                  No. C 11-0394 PJH (PR)

  vs.                                                      **ORDER OF DISMISSAL**

SANTA RITA MEDICAL DEPARTMENT
and ALAMEDA COUNTY SHERIFF,

    Defendants.
_____/

    This is a civil rights case filed pro se by a state prisoner.  On the day the case was opened the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis.

    Plaintiff then filed an IFP application, but it did not include the signed certificate of funds in inmate account required by the form or the printout of transactions in his account required by 28 U.S.C. § 1915(a)(2).  The court rejected his contention that it would be too much "hassle" to get these, or dangerous, and extended the time to provide them by thirty days.  That time has long since expired and plaintiff has not responded.  The case therefore is **DISMISSED** without prejudice.  The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: November 14, 2011.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

P:\PRO-SE\PJH\CR.11\HARRIS0394.DSM.wpd